

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:      01-15-00207-CV

Style:      Joe  Payton  Lee

     **v** Rita  Lemons

Date motion filed*:      March 23, 2015

Type of motion:      "Motion Requesting Designation of Items Pursuant to Texas Rules of Appellate Procedure 34.5(b) and (c)"

Party filing motion:      Appellant

Ordered that motion is:

☐      Granted
     If document is to be filed, document due:

         ☐   The Clerk is instructed to file the document as of the date of this order
         ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant has filed a motion requesting that this Court "perform a designation of items to be included in the clerk's record" and "asks that the clerk include what is normally submitted to the First Court of Appeals and the additional transcripts and orders of Federal District Judge Lynn Hughes of the Southern District of Texas, who presided over a hearing in the same subject matter."

The motion is **denied**. Texas Rule of Appellate Procedure 34.5(a) lists the items that must be included in the clerk's record. *See* TEX. R. APP. P. 34.5(a). Appellant must file a written designation with the trial court clerk specifying any additional items to be included in the clerk's record. *See* TEX. R. APP. P. 34.5(b)(1) ("At any time before the clerk's record is prepared, any party may file with the trial court clerk a written designation specifying items to be included in the record."); TEX. R. APP. P. 34.5(b)(2) ("A party requesting that an item be included in the clerk's record must specifically describe the item so that the clerk can readily identify it. The clerk will disregard a general designation, such as 'all papers filed in the case.'").

Judge's signature:   /s/ Jane Bland
         ☒ Acting individually      ☐ Acting for the Court

Date:   March 26, 2015